# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00682-GCM

| | |
|---|---|
| DION LEE BARNES, | ) |
|     Plaintiffs, | ) |
| v. | )    **ORDER** |
| NANCY A. BERRYHILL, | ) |
|     Defendants. | ) |

UPON CONSIDERATION of the Defendant's Consent Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g), Plaintiff's consent to that motion, and the entire record in this case, it is by the Court this 8th day of March, 2019, hereby

**ORDERED**, that the final decision of the Commissioner is reversed and that this matter is hereby remanded to the Commissioner for further proceedings, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Signed: March 8, 2019

Graham C. Mullen
United States District Judge