# United States District Court
# Western District of North Carolina
# Charlotte Division

Dion Lee Barnes**,**　　　　　　　　　　JUDGMENT IN CASE

　　Plaintiff(s),　　　　　　　　　　　　3:18-cv-00682-GCM

　　vs.

Nancy A. Berryhill**,**
　Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 8, 2019 Order.

　　　　　　　　　　　　　　　　March 8, 2019

Frank G. Johns, Clerk
United States District Court